UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA MEARA           )
    Plaintiff        )
                     )
Vs.                   )
                      )   Civil Action No. 08-1423 (EGS)
VERIZON WASHINGTON    )
D.C., INC., ET AL     )
                      )
    Defendants.      )
_____)

## AFFIDAVIT OF SERVICE

To Wit: Washington, D.C.

I, Joseph Hainline, a private process server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of 18 years and am not a party to or otherwise interested in this matter.

DOCUMENTS SERVED: Summons and Complaint for Reinstatement of Benefits Under ERISA.

SERVE TO: VERIZON WASHINGTON D.C. INC., c/o CT CORPORATION, INC., 1015 15TH Street, N.W., Suite 1000, Washington, D.C. 20005

DATE SERVED: August 26, 2008   TIME: 11:45am
PERSON SERVED: Melanie Henderson, Fulfillment Specialist, a person of suitable age and position to accept service. Ms. Henderson is a Female, African American with dark hair, Age in the 30s, Height 5'6", Wt. 140.

COMMENTS:
I do solemnly swear and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

                          Joseph Hainline
                          818 18th Street, N.W., Suite 410
                          Washington, D.C. 20006
                          (202) 861-0070

Subscribed and sworn to this 28th day of August, 2008.

_____       My commission expires 9/14/2010
Notary Public

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA MEARA**<br>    Plaintiff<br>Vs.<br>VERIZON WASHINGTON<br>D.C., INC., ET AL<br><br>    Defendants. | Civil Action No. 08-1423 (EGS) |

### AFFIDAVIT OF SERVICE

To Wit: Washington, D.C.

I, Joseph Hainline, a private process server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of 18 years and am not a party to or otherwise interested in this matter.

DOCUMENTS SERVED: Summons and Complaint for Reinstatement of Benefits Under ERISA.

SERVE TO: METROPOLITAN LIFE INS. CO., c/o CT CORPORATION, INC., 1015 15TH Street, N.W., Suite 1000, Washington, D.C. 20005

DATE SERVED: August 26, 2008   TIME: 11:45am
PERSON SERVED: Melanie Henderson, Fulfillment Specialist, a person of suitable age and position to accept service. Ms. Henderson is a Female, African American with dark hair, Age in the 30s, Height 5'6", Wt. 140.

COMMENTS:
I do solemnly swear and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

    Joseph Hainline
    818 18th Street, N.W., Suite 410
    Washington, D.C. 20006
    (202) 861-0070

Subscribed and sworn to this 28th day of August, 2008.

_____
Notary Public              My commission expires 9/14/2010